FILED
CLERK U.S. DISTRICT COURT

JUL - 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MIGUEL SANCHEZ,<br><br>　　　　　Defendant. | Case No.: CR 11-438-GHK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　The Court finds that:

A.　(✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>Absconded from Supervision and failed to appear for drug testing; recent misdemeanor conviction</u>

　　　and/or

1  B.    ( ) The defendant has not met his/her burden of establishing by clear and
2        convincing evidence that he/she is not likely to pose a danger to the safety of any
3        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4        finding is based on: _____
5  _____
6  _____
7  _____

9        IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.

12 Dated: 7/1/2016

                                              _____
                                              ALICIA G. ROSENBERG
                                              United States Magistrate Judge